UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY VITALI VAN GRONINGEN, on behalf of M.A.V., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING Commissioner of Social Security, <br><br> Defendant. | CASE NO.: 1:21-cv-01377-BAK-GSA <br><br> **ORDER DIRECTING CLERK TO ISSUE REVISED SCHEDULING ORDER** |

The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, The Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which eliminates the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

Dated:   **March 23, 2022**             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE