PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHELLY VITALI VAN GRONINGEN O/B/O M.A.V., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:21-cv-01377-GSA <br><br> STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between Shelly Vitali Van Groningen (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request for an extension.  The current due date is August 15, 2022. The new date will be September 14, 2022. All other deadlines will extend accordingly.

    Good cause exists for this request.  Defendant's counsel has worked diligently to meet the

timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has eight-one other active cases in various stages of litigation, and 14 responsive briefs due in the next 30 days.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant also will be out of the office on leave from August 22 – August 26.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: August 10, 2022                    */s/ Jonathan Omar Pena*
                                         JONATHAN OMAR PENA
                                         Attorney for Plaintiff
                                         (as approved via email)

                                         PHILLIP A. TALBERT
                                         United States Attorney

DATE: August 10, 2022        By    *s/ Margaret Lehrkind*
                                   MARGARET LEHRKIND
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant

ORDER

   Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:   **August 10, 2022**            /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

2